**Order entered September 15, 2020**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00432-CR
No. 05-20-00434-CR

**EDGAR FABIAN VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80176-2018**

## ORDER

Before the Court is appellant's September 11, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief in these causes due on October 12, 2020.

/s/    CORY L. CARLYLE
       JUSTICE